Argued and submitted October 31, 1986, reversed and remanded for rehearing
July 15, 1987

## MICHAEL KIVEN GRAHAM,
*Petitioner,*

*v.*

## OREGON BOARD OF PAROLE,
*Respondent.*

(CA A39546)

738 P2d 1017

Lawrence J. Hall, Salem, argued the cause for petitioner. On the brief was Michael K. Graham, *pro se.*

Scott McAlister, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of an order of the Board of Parole setting his parole release date. He contends, *inter alia,* that the board erred in denying him the opportunity to present evidence of mitigating factors respecting his parole release date. The Board concedes that it erred. We agree.

Reversed and remanded for rehearing.